FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Rodney Craig West**
**Rachael Sue West**
Debtor(s)

Case No.
Chapter **13**

### CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Rodney Craig West** | S.S.# **xxx-xx-6754** |
| | (W) **Rachael Sue West** | S.S.# **xxx-xx-0500** |
| ADDRESS: | **1605 Old Town Loop** | |
| | **Savannah, TN 38372** | |

PLAN PAYMENT: Debtor(s) to pay $ **264.00**   (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION: **YES**   OR ( ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT: **AutoZone**   Spouse's Employer:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ **-NONE-** |
| | Child support arrearage amount | | $ |
| PRIORITY CREDITORS: | **-NONE-** | | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**-NONE-**   Ongoing pmt. Begin **N/A**   $ **N/A**
Approx. arrearage **N/A**   Interest **N/A** %   $ **N/A**

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Central Bank** | $ 4,205.84 | 8.00 % | $ 103.00 |
| **Sheffield Finance** | $ 4,937.24 | 10.00 % | $ 105.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$17,072.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Special Intentions:**
**Ally Financial: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**
**Central Bank: $7,493.72  7.5%  $150.00/month.  protect co-signer**
**Central Bank: $3,464.86  10%  $74.00/month   protect co-signer**
**Sallie Mae Servicing: $12,227.80 @ $10.00/month.  Debt to survive discharge.**
**UT Martin: $2,109.00 @ $10.00/month. Debt to survive discharge.**
**Navient: $27,604.73 @ $10.00/month. Debt to survive discharge.**
**FedLoan Servicing: $36,311.27 @ $10.00/month. Debt to survive discharge.**

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

FORM NO. 2

DEBTOR'S ATTORNEY: **RICHARD H. WALKER 014166**
**WALKER LAW OFFICE**
**P.O. BOX 530**
**80 SOUTH MAIN STREET, SUITE A**
**LEXINGTON, TN 38351**
**731-968-3356 Fax:731-968-3350**